```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020
```

# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

**VIA ECF**

January 31, 2020

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *Evelina Calcano v. Vera Bradley*
                         Case No.: 1:19-cv-11444

Dear Judge Torres:

      This firm is counsel to Plaintiff Evelina Calcano in the above-referenced matter. We write to respectfully request a sixty (60) day adjournment of the Initial Conference scheduled before Your Honor on February 18, 2020. To date, no notice of appearance or extension request has been filed. The parties have not had any communication. Plaintiff's counsel is still in the process of effectuating service on the defendant. Plaintiff's counsel respectfully requests this extension to allow defendant's appearance, to submit an answer and to confer with counsel to comply with your honor's initial discovery rules. We further request this extension of time to avoid spending unnecessary cost and legal fees.

      Thank you for your kind consideration of this request.

                                              Respectfully submitted,
                                                      /s/
                                                   Darryn G. Solotoff, Esq

DS: sfg

DENIED without prejudice to renewal.
Plaintiff may renew her request if Defendant
has yet to appear by February 11, 2020.

SO ORDERED.

Dated: January 31, 2020
       New York, New York

                                ANALISA TORRES
                           United States District Judge