USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

February 9, 2020

**VIA ECF AND EMAIL**

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**  Evelina Calcano v. Vera Bradley
        Case No.: 1:19-cv-11444-AT

Dear Judge Torres:

  This firm is counsel to Plaintiff Evelina Calcano in the above-referenced matter. Per Your Honor's Individual Rules: (i) this matter is scheduled for an Initial Conference on February 18, 2020; (ii) Plaintiff's counsel will be away on a previously planned family trip to Florida during the week of the originally scheduled Initial Conference (proof of flight itinerary will be provided on request); (iii) one previous request was made seeking an adjournment of the Initial Conference (DK#7); (iv) the previous request seeking an adjournment of the Initial Conference was denied by Your Honor (DK#8); and (v) Defendant has not provided Plaintiff with consent to the request for an adjournment because, to date, no notice of appearance or extension request has been filed by Defendant. The parties have not had any communication. Plaintiff's counsel is still in the process of effectuating service on the Defendant. Based on the above, Plaintiff respectfully requests Your Honor grant a request for an adjournment to a date on or about the week of March 23, 2020, or a date convenient to the court.

  Thank you for your kind consideration of this request.

Respectfully submitted,

/s/

Darryn G. Solotoff, Esq

GRANTED. The initial pretrial conference scheduled for February 18, 2020 is ADJOURNED to **April 1, 2020,** at **3:30 p.m.** By **March 25, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 11, 2020
New York, New York

ANALISA TORRES
United States District Judge