USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

               Plaintiff,

-against-

VERA BRADLEY DESIGNS, INC.,

               Defendant.

19 Civ. 11444 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 1, 2020, Defendant filed a pre-motion letter setting forth its basis for a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 19. Plaintiff failed to respond within five business days, as required by Rule III.A.ii of the Court's Individual Practices in Civil Cases. Accordingly, by **May 21, 2020**, Plaintiff shall respond to Defendant's pre-motion letter.

    SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge