```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

               Plaintiff,

-against-

VERA BRADLEY DESIGNS, INC.,

               Defendant.

19 Civ. 11444 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 19 and 24, it is hereby ORDERED that:

1. By June 19, 2020, Defendant shall file its motion to dismiss;
2. By July 10, 2020, Plaintiff shall file her opposition; and
3. By July 24, 2020, Defendant shall file its reply, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 19.

SO ORDERED.

Dated: May 22, 2020
         New York, New York

                                                          ANALISA TORRES
                                          United States District Judge